JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA ERICA CUTHBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-cv-09387-KS<br><br>~~/PROPOSED/~~ ORDER OF DISMISSAL |

Pursuant to the parties' Stipulation (Dkt. No. 19) and Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses. IT IS SO ORDERED.

DATE: July 27, 2021

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.